# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAMPLIGHT LICENSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:22-cv-01017-CFC |
| v. | **TRIAL BY JURY DEMANDED** |
| **INGRAM MICRO, INC.,** | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Lamplight Licensing LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant Ingram Micro, Inc. in the within action Without Prejudice with each party bearing their own costs and fees. Ingram Micro, Inc. has not served an answer or a motion for summary judgment.

Dated: September 13, 2022

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Jimmy Chong, certify that on September 13, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
