IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMPLIGHT LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> ABB INC., <br><br> Defendant. | Civil Action No.: 1:22-cv-00418-CFC |
| LAMPLIGHT LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> INGRAM MICRO, INC., <br><br> Defendant. | Civil Action No.: 1:22-cv-01017-CFC |

## ORDER GRANTING STAY

This Court, having considered Plaintiff's Motion for Stay, and having considered Defendant's response thereto;

IT IS HEREBY ORDERED THAT:

1. This case is stayed until the stay currently in place in connectioin with the Nimitz Petition in *In re Nimitz Technologies LLC*, Appeal No. 23-103 (Fed. Cir.) is terminated and in accordance with any order of the Federal Circuit; and

2. The Parties shall file with this Court a Status Report within thirty (30) days of the final disposition of the Nimitz Petition.

5

SO ORDERED this 21st day of November, 2022.

_____
UNITED STATES CHIEF DISTRICT JUDGE