

# THE CHONG LAW FIRM, P.A.

Licensed in: Delaware, New Jersey, Pennsylvania

---

January 6, 2023

**VIA ECF**
Hon. Colm F. Connolly
United States Chief District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 31
Room 4124
Wilmington, Delaware 19801-3555

      RE:    *Lamplight Licensing LLC v. ABB Inc.*
               Civil Action No. 1:22-cv-00418-CFC
              *Lamplight Licensing LLC v. Ingram Micro, Inc.*
               Civil Action No. 1:22-cv-01017-CFC

Dear Judge Connolly:

      Pursuant to the Court's Order of November 10, 2022, staying the above-captioned cases pending final disposition of the Nimitz Petition[1], Plaintiff hereby informs the Court that, in view of the filing of a *Request for Reconsideration by Nimitz* (*In re Nimitz Technologies LLC,* Appeal No. 23-103 (Fed. Cir.)) (D.I.# 55) Plaintiff wishes to clarify the record and notice the Court that Plaintiff will file the required status update within 30-days of the issuance of any mandate returning the case to the district court by the Federal Circuit.

      If there are any questions or concerns, please contact the undersigned at the Court's convenience.

| | |
|---|---|
| Dated: January 6, 2023 | Respectfully submitted, |
| | CHONG LAW FIRM PA |
| | */s/ Jimmy Chong* |
| | Jimmy Chong (#4839) |
| | 2961 Centerville Road, Suite 350 |
| | Wilmington, DE 19808 |
| | Telephone: (302) 999-9480 |

---

[1] *Petition for Writ of Mandamus* in connection with Cases, Nos. Civ. No. 21-1247-CFC, Civ. No. 21-1362-CFC, Civ. No. 21-1855-CFC and Civ. No. 22-413-CFC. *In re Nimitz Technologies LLC,* Appeal No. 23-103 (Fed. Cir.)

| **WILMINGTON, DE** | **LANSDALE, PA** | **PHILADELPHIA, PA** |
|---|---|---|
| **Delaware Mailing Address** | **Pennsylvania Mailing Address** | **No Mail** |
| 2961 Centerville Rd. Ste 350 | 100 W. Main St. Ste 420 | 1845 Walnut Street, Suite 1300 |
| Wilmington, DE 19808 | Lansdale, PA 19446 | Philadelphia, PA 19103 |
| T. 302-999-9480 | T. 215-909-5204 | T. 215-909-5204 |

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF